GREGORY M. BERGMAN (Bar No. 065196)
JOHN P. DACEY (Bar No. 136596)
ARASH BERAL (Bar No. 245219)
BERGMAN & DACEY, INC
10880 Wilshire Blvd. Suite 900
Los Angeles, California 90024-4101
(310) 470-6110
(310) 474-0931--Fax

Attorneys for Plaintiff
OCEAN VIEW SCHOOL DISTRICT

FILING FEE EXEMPT PURSUANT
TO GOVERNMENT CODE § 6103

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| OCEAN VIEW SCHOOL DISTRICT, a public entity,<br><br>Plaintiffs,<br><br>v.<br><br>MERCHANTS BONDING COMPANY, an Iowa Corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. SACV 09-1139-AG(MLGx)<br><br>[Honorable Andrew J. Guilford]<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

The Court having read and considered the parties' Joint Stipulation To Dismiss Entire Action With Prejudice, and finding good cause therefore, the Court hereby orders that the above-captioned action be and hereby is dismissed, with prejudice. Each party is to bear its own costs and attorneys' fees as incurred in this action. Further, this Court will maintain jurisdiction to enforce the Settlement and Mutual Release Agreement executed by the parties effective on April 19, 2010, including the awarding of attorneys' fees to the prevailing party should seeking enforcement of this agreement become necessary.

**IT IS SO ORDERED.**

DATED: July 01, 2010

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE